UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEREMY KENNER,

    Plaintiff,

v.                                                  Case No. 6:22-cv-252-RBD-DCI

WASTE PRO OF FLORIDA, INC.,

    Defendant.
_____

**ORDER**

In this Fair Labor Standards Act case, the parties moved the Court for approval of their settlement agreement (Doc. 23-1 ("Agreement")). (Doc. 23 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation submitting that the Court should grant the Motion. (Doc. 24 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 24) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.     The Motion (Doc. 23) is **GRANTED**.

    3.    The Agreement (Doc. 23-1) is **APPROVED** as fair and reasonable.[1]

    4.    This case is **DISMISSED WITH PREJUDICE**.

    5.    The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 2, 2022.



ROY B. DALTON JR.
United States District Judge

---

[1] As Judge Irick noted, the issue of attorney's fees and costs does not affect the reasonableness of the settlement, so as long as the parties come to an agreement on that issue, they need not file an application with the Court.