# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JEREMY KENNER,

        Plaintiff,

v.

WASTE PRO OF FLORIDA, INC.,

        Defendant.

CASE NO. 6:22-cv-252-RBD-DCI

JURY TRIAL DEMANDED

## PLAINTIFF'S NOTICE OF SETTLEMENT OF ATTORNEYS' FEES AND COSTS

Plaintiff, JEREMY KENNER, hereby gives notice that the parties have resolved Plaintiff's attorneys' fees and costs. As a result, Plaintiff will not be filing a motion to award attorneys' fees and costs with this Court. Given this Court has already approved the settlement of Plaintiff's underlying FLSA claim (*see* D.E. 25), no further issues are left to be resolved and this matter may be closed.

Respectfully submitted this 22nd day of December, 2022.

        MORGAN & MORGAN, P.A.

        *C. Ryan Morgan, Esq.*
        C. Ryan Morgan, Esq.
        FBN 0015527
        20 N. Orange Ave., 16th Floor
        P.O. Box 4979
        Orlando, FL 32802-4979
        Telephone: (407) 420-1414

        Facsimile: (407) 245-3401
Email: rmorgan@forthepeople.com

Paul Botros, Esq.
FBN 0063365
8151 Peters Road
Suite 4000
Plantation, FL 33324
Telephone: (954) 327-5352
Facsimile: (954) 327-3017
Email: pbotros@forthepeople.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of December 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which I understand will serve a copy on all counsel of record.

/s/ *Paul M. Botros*
Paul M. Botros, Esq.